**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

CHARLENE TURNER,

               Defendant.

Case No. 2:22-cr-0164-JAD-BNW

**Motion to Dismiss the Indictment Without Prejudice**

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment in the above captioned case and the status hearing set for Monday, June 29, 2026, at 10:00 a.m. is vacated.

TODD BLANCHE
Acting Attorney General

/s/ *Robert Knief*

ROBERT KNIEF
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. DATED this 25th day of June 2026.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

2